# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

In re:                                                     Case No. **09-15636-JVA**

**COLLIER, RICHARD C.**                   Chapter 7
**COLLIER, GAYLE C.**

                                                      Judge: **Aug**

Debtor(s).

## NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $10.84 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Ohio Dept. of Job & Family Services<br>P.O. Box 182404, Litigation Unit, Columbus, Ohio 43218-2404 | 1 | 3.67 |
| CHASE BANK USA N.A.<br>P.O. Box 15145, Wilmington, De. 19850-5145 | 2 | 4.27 |
| Duke Energy Shared Services Inc.<br>POB 960-EF367, Cincinnati, Ohio 45273-9598 | 4 | 0.28 |
| Duke Energy Shared Services Inc.<br>POB 960-EF367, Cincinnati, Ohio 45273-9598 | 5 | 2.62 |

Dated:    8/20/10                             /s/ Harold Jarnicki
                                                            Harold Jarnicki
                                                            Case Trustee
                                                            576 Mound Court, Suite B
                                                            Lebanon, Ohio 45036

cc:      U.S. Trustee
           Creditor